Notice: This Document Contains Sensitive Data

Cause No. 2025-DCV-0935
Appeal No. 15-25-00129-CV

2025 DEC -4 PM 2:27
FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/9/2025 11:30:17 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Keith Shannon, | § | In the |
| Plaintiff, | § | |
| | § | **346**th |
| v. | § | |
| | § | |
| Texas Workforce Commission, | § | |
| | § | DISTRICT COURT of |
| Defendant, | § | |
| | § | EL PASO COUNTY, TEXAS |

## Plaintiff's Amended Notice of Appeal

The Plaintiff, Keith Shannon seeks an appeal, so makes the following statements to fill the requirements for giving notice for such appeal under the Texas Rules of Appellate Procedure, Rule 25.1.

1. The Plaintiff, Appellant, Keith Shannon, with this notice seeks an appeal of the decision of the 346th District Court of El Paso County, Texas regarding cause number 2025-DCV-0935 for the case Keith Shannon vs. Texas Workforce Commission.

2. This appeal is from the court's order signed June 27th 2025 granting the Defendant's plea to the jurisdiction and dismissing all of the Plaintiff's

1

claims. The Plaintiff acquired actual knowledge of the order about July 10th 2025.

3. The Plaintiff, Appellant, Keith Shannon desires an appeal.

4. This appeal is to be adjudicated by the Fifteenth Court of Appeals.

5. This notice was filed by the Plaintiff, Appellant, Keith Shannon.

6. This is not an accelerated appeal. This is not a parental termination nor child protection case nor is it an appeal from an order authorizing a child to stand trial as an adult.

7. This is not a restricted appeal. The Plaintiff did not timely request Findings of Fact and Conclusions of Law, from the trial court, due to his inability to acquire information on how to properly do so, by the deadline.

8. The Appellant is presumed indigent and may proceed without paying costs under Texas Rules of Appellate Procedure Rule 20.1, having filed his "Statement of Inability to Pay Court Costs and Appeal Bond" at the outset of this action.

9. This appeal involves a matter brought by the Plaintiff, Keith Shannon, against the Texas Workforce Commission, an agency of the State of Texas, and is being defended by the Office of the Attorney General of Texas.

2

10. Under Tex. Lab. Code Section 212.208 this case has precedence over all other civil cases except those brought under the worker's compensation laws of Texas.

11. The Plaintiff requests the Court Reporter's Record include the oral arguments from the hearing of, June 11, 2025.

12. The Plaintiff requests that the Court's Record include his filing, "Plaintiff's Response to the Defendant's Plea to the Jurisdiction" and his, "Petition for Judicial Review".

13. Extraordinary Relief: Plaintiff believes his circumstances necessitate that a form of extraordinary relief be granted to him by the 15 th Court of Appeals. This contradicts the election made by the Plaintiff in his docketing statement.

**Verification of Notice**

*Texas Rules of Appellate Procedure Rule 25.1(d)(7)(c):*

I, Keith Shannon declare under penalty to perjury that the statements made in this *Plaintiff's Notice of Appeal* are true and correct to the best of my knowledge as such they are based on my personal knowledge and information obtained from sources believed to be reliable.

3



KEITH SHANNON                                    Date
2825 Grant Ave. Apt #3
El Paso TX. 79930
kshanvon@aol.com
(915) 202-6382

## Certificate of Service

I, Keith Shannon, Plaintiff Pro se, hereby certify that I have served a true and correct copy of this, *Plaintiff's Amended Notice of Appeal,* upon its General Counsel, at the email or address listed below, on or about the 4th day of December, 2025.

Peter Berquist
General Counsel
Texas Workforce Commission
101 East 15th Street, Suite 608
peter.berquist@oag.texas.gov
Austin, Texas 78778
(512) 478-4013

KEITH SHANNON: Plaintiff Pro Se